749 A.2d 830

IN THE MATTER OF MERCEDES DE LA
REZA, AN ATTORNEY AT LAW.

May 2, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **MERCEDES DE LA REZA** of **HACK-ENSACK,** who was admitted to the bar of this State in 1979,

should be reprimanded for violating *RPC* 1.7 (conflict of interest), and that respondent should practice under supervision for a period of one year, and good cause appearing;

It is ORDERED that **MERCEDES DE LA REZA** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.